# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2020

### NO. 03-19-00241-CV

**Jason O Gordon, Appellant**

**v.**

**Amanda Martin, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the final modification order signed by the trial court on January 8, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final modification order. Therefore, the Court affirms the trial court's final modification order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.